PROB 12C
(6/16)

Report Date: September 18, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 19, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alexandro Zazueta          Case Number: 0980 4:19CR06054-SAB-1

Address of Offender:                         , Kennewick, Washington 999336

Name of Sentencing Judicial Officer:  The Honorable Carol E. Jackson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: July 17, 2017

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846, 841(a)(1) and 841 (b)(1)© |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 18 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Not Assigned | Date Supervision Commenced: | October 25, 2018 |
| Defense Attorney: | Not Assigned | Date Supervision Expires: | October 24, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: On September 6, 2019, Alexandro Zazueta was charged with driving under the influence, Yakima County District Court, docket No. 9Z0897357.

On October 25, 2018, the probation officer reviewed the conditions of Supervised Release with Mr. Zazueta and the offender signed a copy of the conditions indicating that he fully understood the conditions and received a copy of them.

On September 5, 2019, a Washington State Patrol (WSP) trooper stopped Mr. Zazueta after receiving complaints that the offender's vehicle was driving erratically. When the officer contacted Mr. Zazueta, the officer could smell the odor of intoxicants coming from the offender's vehicle and breath. Mr. Zazueta failed to correctly preform the field sobriety tests and was arrested. Mr. Zazueta submitted to a breath test and blew a .127% and .126% BAC. Mr. Zazueta was released on personal recognizance.

Prob12C

**Re: Zazueta, Alexandro**
**September 18, 2019**
**Page 2**

| | | |
|---|---|---|
| | 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: On September 16, 2019, Alexandro Zazueta was charged with driving under the influence and hit and run with an unattended vehicle, Pasco Municipal Court, docket No. 9Z0927009.

On October 25, 2018, the probation officer reviewed the conditions of Supervised Release with Mr. Zazueta and the offender signed a copy of the conditions indicating that he fully understood the conditions and received a copy of them.

On September 13, 2019, officers responded to a complaint of a car, matching that of the offenders, hitting a parked vehicle and then leaving the scene. A citizen followed the vehicle to an address and gave the information to the officer. Later, the citizen again saw Mr. Zazueta's vehicle and officers soon thereafter conducted a traffic stop. Mr. Zazueta was contacted and admitted to consuming alcohol and hitting the parked vehicle. The offender submitted to a breath test and blew a .165% and .153% BAC. Mr. Zazueta remains in custody in the Franklin County Jail.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/Curtis G. Hare

09/18/2019

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_Stanley A. Bastian_
Signature of Judicial Officer

09/19/2019
Date